UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN MIDDLETON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:03CV543 CDP |
| | ) |
| DON ROPER, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that John Middleton's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 is denied.

**IT IS FURTHER ORDERED** that Middleton is entitled to a Certificate of Appealability on the claims listed here as numbers 8, 23, 28, 29, 30, and 31. I will deny a Certificate of Appealability on his remaining claims.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of September, 2005.