# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN MIDDLETON, | ) | |
| Petitioner, | ) | **CAPITAL HABEAS** |
| | ) | No. 4:03CV543 CDP |
| TROY STEELE, | ) | |
| Respondent | ) | |

## MEMORANDUM AND ORDER

This matter is before me on petitioner's ex parte motion for expert services pursuant to 18 U.S.C. § 3599(f). Section 3599(f) states, "No ex parte proceeding, communication, or request may be considered pursuant to this section unless a proper showing is made concerning the need for confidentiality." Petitioner has not made any showing of the need for confidentiality. As a result, I will direct petitioner either to make a proper showing of the need for confidentiality or to request that the ex parte designation be lifted.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than seven (7) days from the date of this Order, petitioner shall either make a proper showing of the need for confidentiality or request that the ex parte designation be lifted.

Dated this 2nd day of June, 2014.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE