UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** July 16, 2014     **Case No.** 4:03CV543 CDP

John Middleton     v.     Don Roper

**Judge** Catherine D. Perry

**Court Reporter** G. Madden     **Deputy Clerk** M. Berg

**Attorneys for Plaintiff(s)** Joseph Perkovich

**Attorneys for Defendant(s)** Michael Spillane

**Parties present for** telephone conference on Emergency Motion for Stay of Execution [157]. Arguments of counsel made. The Court denied the motion to stay execution. Order to follow.

Attorneys Present : _____

Proceedings commenced:   5:20 p.m

Proceedings concluded:   5:30 p.m.